# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| WILLIAM E. BABER, | ) |
| Plaintiff, | ) CASE NO. 3:06-cv-3076 |
| v. | ) |
| | ) **NOTICE OF REMOVAL** |
| FIRST REPUBLIC GROUP, LLC, and EVAN PARKS, | ) |
| Defendants. | ) |

Defendants, First Republic Group, LLC ("First Republic") and Evan Parks (collectively referred to as "Defendants"), by and through their attorneys, Faegre & Benson LLP and Winget, Spadafora & Schwartzberg, LLP, hereby remove the above-captioned civil action, pursuant to 28 U.S.C. § 1441 and 1446 and Local Rule 81.1, from the Iowa District Court For Webster County to the United States District Court for the Northern District of Iowa, Central Division. Defendants state the following as grounds for removal:

1. The above-captioned civil action is currently pending in the Iowa District Court for Webster County, under Case No. LACV311876.

2. On October 19, 2006, Defendants received a copy of the Original Notice and Petition in this action via certified mail. A copy of the Original Notice and Petition is annexed hereto as Exhibit A. No other papers or pleadings have been filed with the Webster County court in this matter, and therefore there are no matters pending in the State Court that will require resolution by this Court

3. Pursuant to 28 U.S.C. § 1441(a), Defendants may remove this action to this Court for the reason that this Court possesses original jurisdiction over the claims alleged in the Complaint pursuant to 28 U.S.C. § 1332.

4. Removal to this Court is proper because the State Court action was venued in Webster County, Iowa.

5. As alleged in Plaintiff's Petition, Plaintiff is a resident of the State of Iowa.

6. Defendant First Republic is a limited liability corporation organized pursuant to the laws of the State of New York, and with its principal place of business in the State of New York. Defendant Evan Parks is a resident of the State of New York.

7. It is clear from the face of the Petition that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Accordingly, this Court possesses diversity jurisdiction over the claims herein pursuant to 28 U.S.C. § 1332.

8. All Defendants consent to the removal of this action to this Court.

9. The claims asserted in the Petition are subject to a mandatory arbitration agreement, which was signed by Plaintiff in connection with his opening of a securities brokerage account with First Republic. Defendants have provided counsel for Plaintiff with a copy of the mandatory arbitration agreement and have requested that Plaintiff voluntarily dismiss this court proceeding and submit his claims to arbitration. However, because Plaintiff's decision on this issue is still pending and the deadline for removal of this cause is approaching, Defendants have elected to remove this proceeding as a precautionary measure, in order to ensure protection of their rights under the Federal Arbitration Act and other applicable law.

10. Defendants continue to take the position that arbitration is the proper forum for resolution of this dispute, and in no way shall Defendants' removal of this action be construed as an affirmative election to proceed before this Court or as a waiver of Defendants' rights under the mandatory arbitration agreement.

11. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the District Court for Webster County, Iowa and is being served on all adverse parties.

Defendants respectfully provide notice that the above entitled action is removed to this Court from the Iowa District Court In and For Webster County.

Dated: November 17, 2006

FAEGRE & BENSON LLP

By: s/ Jesse Linebaugh
Jesse Linebaugh, lead counsel*
*jlinebaugh@faegre.com*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

*Of Counsel not yet admitted to this Court:
Steven E. Mellen, Esq.
WINGET, SPADAFORA &
SCHWARTZBERG, LLP
45 Broadway, 19th Floor
New York, NY 10006
Telephone: (212) 221-6900

**Attorneys for Defendants**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2006, this Notice of Removal was filed electronically with the Clerk of Court, and as a result it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to each of the attorneys listed below:

/s/ Jesse Linebaugh

Steven L. Nelson
DAVIS, BROWN, KOEHN, SHORS &
ROBERTS, P.C.
The Financial Center
666 Walnut St., Suite 2500
Des Moines, IA 50309-3993
**Attorneys for Plaintiff**

fb.us.1668861.01