UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

_____

| | |
|---|---|
| WILLIAM E. BABER, | ) |
| | ) Law No. C06-3076-MWB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) STIPULATION OF |
| FIRST REPUBLIC GROUP, LLC, and | ) DISMISSAL WITH |
| ELVIS PARKES a/k/a EVAN PARKS, | ) PREJUDICE |
| | ) |
| Defendants. | ) |

_____

COME NOW the parties to the above-captioned case and, pursuant to F.R.Civ.P. 41(a), stipulate to the dismissal of the above-captioned case with prejudice, with each of the parties bearing their own court costs.

Respectfully Submitted,

/s/Steven L. Nelson
Steven L. Nelson          AT0005653
DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
Telephone:    (515)  288-2500
Facsimile:    (515)  243-0654
E-mail: SteveNelson@davisbrownlaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Jesse Linebaugh
Jesse Linebaugh
FAEGRE & BENSON, LLP
801 Grand Avenue, Suite 3100
Des Moines, Iowa 50309
Telephone: 515-248-9000
Facsimile: 515-248-9010

Steven E. Mellen
WINGET, SPADAFORA
& SCHWARTZBERG, LLP
45 Broadway, 19th Floor
New York, NY 10006
Telephone: 212-221-6900
Facsimile: 515-248-9010

ATTORNEYS FOR DEFENDANT
FIRST REPUBLIC GROUP, LLC


/s/ Thomas Reavely
Thomas Reavely
WHITFIELD & EDDY, P.L.C.
317 Sixth Avenue, Suite 1200
Des Moines, Iowa 50309

ATTORNEYS FOR DEFENDANT
ELVIS PARKES a/k/a Evan Parks